UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Chloe Renae Freeman,

Defendant.
_______________________________/

Criminal No. 26-20800

Hon. Judith E. Levy

Violation: 18 U.S.C. §752(a)
(misdemeanor)

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
## 18 U.S.C. §752(a) – Instigating or Assisting Escape (misdemeanor)

On or about May 28, 2026, at a hospital located in Ann Arbor, Michigan, in the Eastern District of Michigan, the defendant, Chloe Renae Freeman, did knowingly instigate, aid and assist the escape of a person arrested and detained by U.S. Border Patrol Agents, upon and pursuant to the process and authority issued in sections 1357, 1225, 1226 and/or 1231 of Title 8, U.S. Code, §1326, as an alien who had illegally re-entered the United States under the immigration laws of the United States, all in violation of Title 18, United States Code, Section 752(a), a misdemeanor offense.

JEROME F. GORGON JR.
United States Attorney

s/ Douglas C. Salzenstein
Douglas C. Salzenstein
Chief, National Security Unit

s/ Susan E. Fairchild
Susan E. Fairchild
Assistant United States Attorney

Dated: 11/23/2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** SCF |

**Case Title:** USA v. Chloe Renae Freeman

**County where offense occurred :** Washtenaw

**Check One:** ☐ **Felony** ☒ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/_✓_Information --- based upon prior complaint [**Case number:** 26-mj-30525
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 23, 2026
Date

*Susan E. Fairchild*

Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone:(313) 226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #: P41908

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.