UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Chloe Renae Freeman,

Defendant.

Criminal No. 26-cr-20800

Honorable Judith E. Levy

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge currently pending against the defendant in this Court.

(1) The defendant affirms receiving a copy of the Information;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charges, and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the Information.

Chloe Renae Freeman
Defendant

Dated: 11-24-2026

Matthew Borgula
Attorney for Defendant

Dated: 11. 24. 26

**ORDER**

IT IS ORDERED that defendant's waiver is hereby accepted, and defendant's not guilty plea to all counts in the Information is entered on record with the Clerk of the Court.

BY THE COURT:

Elizabeth A. Stafford
United States Magistrate Judge

Dated: November 24, 2026